Argued and submitted April 18, reversed and remanded for reconsideration
May 15, 1996

In the Matter of the Compensation of
Stanley Meyers, Claimant.

LIBERTY NORTHWEST INSURANCE CORPORATION
and Darigold, Inc.,
*Petitioners,*

*v.*

Stanley MEYERS,
*Respondent.*

(WCB No. 90-09863; CA A88766)

915 P2d 1058

Jerald P. Keene argued the cause and filed the briefs for petitioners.

Glen H. Downs argued the cause for respondent. With him on the brief were Gerald C. Doblie and Doblie & Associates.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Willhite v. Asplundh Tree Experts,* 136 Or App 120, 900 P2d 1092 (1995); *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995), *rev den* 322 Or 645.